# Court of Appeals
# of the State of Georgia

ATLANTA, __September 26, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A2323. GENERATION ZERO GROUP, INC. v. GERONIMO PROPERTY TRUST.**

Appellant has filed a motion to remand this case for the trial court to address an extraordinary motion to set aside the judgment, which motion was filed after the Appellant filed its notice of appeal. Having considered the motion, it is hereby **GRANTED**. Appellant's motions for extension of time to file its brief are **DENIED AS MOOT**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/26/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*